Fed.Cas.No.16,634

## UNITED STATES v. WALLER.[1]

Circuit Court, D. California.

Aug. 26, 1871.

---

[1] Reported by L. S. B. Sawyer, Esq., and here reprinted by permission.

L. D. Latimer, U. S. Dist. Atty.
Milton Andros, for defendant.

FIELD, Circuit Justice.

We are of the opinion that an information may be filed by the district attorney, in behalf of the United States, in the national courts, for misdemeanors committed against the laws of the United States. The motion to quash the information in this case is, therefore, denied.